United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-50347-KMS
Latesha Renae Watts Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 2
Date Rcvd: Jun 27, 2025     Form ID: 318     Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Latesha Renae Watts, 11 McCrory Rd, Hattiesburg, MS 39401-8985 |
| 5484159 | + | Comprehensive Radiolog, PO BOX 3488, Tupelo, MS 38803-3488 |
| 5484160 | | Forrest General, 6051 US 49, Hattiesburg, MS 39401 |
| 5484162 | + | Lorraine Watts, 11 McCrory Rd, Hattiesburg, MS 39401-8985 |
| 5484168 | + | Tiffany Watts, 11 McCrory Rd, Hattiesburg, MS 39401-8985 |
| 5484171 | + | US Dept of Education, PO Box 7859, Madison, WI 53707-7859 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QDAHENDERSON.COM | Jun 27 2025 23:32:00 | Derek A Henderson T1, 1765-A Lelia Drive, Suite 103, Jackson, MS 39216-4820 |
| cr | | Email/Text: ebn@21stmortgage.com | Jun 27 2025 19:33:00 | 21st Mortgage Corporation, PO Box 477, Knoxville, TN 37901 |
| cr | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jun 27 2025 19:33:00 | Toyota Motor Credit Corporation, 14841 Dallas Parkway, Suite 350, Dallas, TX 75254, UNITED STATES 75254-7685 |
| 5484154 | | Email/Text: ebn@21stmortgage.com | Jun 27 2025 19:33:00 | 21st Mortgage Corp, Attn: Bankruptcy, 620 Market Street, Knoxville, TN 37902 |
| 5484155 | + | Email/Text: aaaagenthd.acmo@aaamissouri.com | Jun 27 2025 19:33:00 | AAA Auto Insurance, 12901 N Forty Dr, Saint Louis, MO 63141-8634 |
| 5484156 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 27 2025 19:46:06 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5495707 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 27 2025 19:46:07 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5484157 | + | EDI: GMACFS.COM | Jun 27 2025 23:32:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 5484158 | | EDI: CAPITALONE.COM | Jun 27 2025 23:32:00 | Capital One, P.O. Box 60599, City of Indus, CA 91716-0599 |
| 5484161 | + | Email/Text: kristie.pope@hattiesburgclinic.com | Jun 27 2025 19:33:00 | Hattiesburg Clinic, 415 South 28th Ave, Hattiesburg, MS 39401-7283 |
| 5484163 | + | Email/Text: Mercury@ebn.phinsolutions.com | Jun 27 2025 19:33:00 | Mercury, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 5484164 | + | Email/Text: bankruptcy@sw-credit.com | Jun 27 2025 19:33:00 | SWC Group, 4120 International, Parkway #100, Carrollton, TX 75007-1957 |
| 5484165 | + | EDI: SYNC | Jun 27 2025 23:32:00 | Synchrony, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 5512328 | + | EDI: AISACG.COM | | |

| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 27, 2025 | Form ID: 318 | Total Noticed: 26 |

| | | | Jun 27 2025 23:32:00 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
|---|---|---|---|---|
| 5484166 | + | EDI: SYNC | Jun 27 2025 23:32:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5484167 | + | EDI: TDBANKNORTH.COM | Jun 27 2025 23:32:00 | TD Retail Card, Attn: Bankruptcy, 1701 Rt 70 East, Cherry Hill, NJ 08003-2390 |
| 5512615 | + | EDI: CBSTDR | Jun 27 2025 23:32:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5484169 | ^ | MEBN | Jun 27 2025 19:32:42 | Toyota Financial, Attn: Bankruptcy, Po Box 259004, Plano, TX 75025-9004 |
| 5484170 | ^ | MEBN | Jun 27 2025 19:32:30 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5484172 | + | Email/Text: ebone.woods@usdoj.gov | Jun 27 2025 19:33:00 | US Dept of Education, c/o U.S. Attorney, 501 E. Court St, Ste 4.430, Jackson, MS 39201-5025 |

TOTAL: 20

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2025                                 Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2025 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Derek A Henderson T1 | trustee@derekhendersonlaw.com  dhenderson@ecf.axosfs.com;denise@derekhendersonlaw.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Latesha Renae Watts trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

| | | | |
|---|---|---|---|
| **Information to identify the case:** | | | |
| Debtor 1 | **Latesha Renae Watts** | Social Security number or ITIN | **xxx–xx–6807** |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | | | |
| Case number: **25–50347–KMS** | | | |

## Order of Discharge         12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Latesha Renae Watts**

Dated: 6/27/25          **By the court:** /s/Katharine M. Samson
                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318          **Order of Discharge**          page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**